No. 92–5124. SCHURR v. CHASE HOME MORTGAGE. C. A. 11th Cir. Certiorari denied.

No. 92–5125. DOMANTAY v. PIZZA HUT, INC. C. A. 11th Cir. Certiorari denied.

No. 92–5126. ALLEN ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–5127. DOLENC v. FULCOMER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–5128. ZIEGLER v. CHAMPION, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 92–5130. HOLLAND v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–5131. HOLMES ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5132. KELLY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–5133. FULLER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5134. HAYES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5135. GROSS v. HEIKIEN ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–5136. BOYD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–5137. COPPOLA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5138. BULLOCK v. TOOMBS. C. A. 6th Cir. Certiorari denied.

No. 92–5139. MCCRAW v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5140. MARTIN v. OHIO. Ct. App. Ohio, Wayne County. Certiorari denied.